In the Interest of Tiffany M. BOUCHER, Minor.

No. ED 74834.

Missouri Court of Appeals, Eastern District, Division Five.

Nov. 9, 1999.

David L. Hoven, Union, for appellant.

Jay G. Galmiche, St. Louis, for respondent.

Before: RHODES RUSSELL, C.J., LAWRENCE G. CRAHAN, J., and CHARLES B. BLACKMAR, Sr.J.

## ORDER

PER CURIAM.

Guardian appeals the trial court's judgment terminating her guardianship of her granddaughter. We find the judgment is supported by substantial evidence, is not against the weight of the evidence, and does not erroneously declare or apply the law. *Murphy v. Carron,* 536 S.W.2d 30 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b).